Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of Massachusetts**

Case number (if known): _____   Chapter   **7**

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   **06/24**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **KFB & Associates Consulting, Inc.** |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 0 4 – 3 3 6 1 2 5 8 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | **Po Box 1447** |
| **409 Lamberts Cove Rd** | |
| Number        Street | Number        Street |
| **West Tisbury, MA 02575-5345** | **West Tisbury, MA 02575-1447** |
| City                        State      ZIP Code | City                        State      ZIP Code |
| **Dukes** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number        Street |
| | City                        State      ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor   **KFB & Associates Consulting, Inc.**

Name                                                          Case number *(if known)* _____

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5   4   6   1</u>

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No |

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No |

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor   **KFB & Associates Consulting, Inc.**                                                                  Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br><br>_____<br>Number        Street<br><br>_____<br><br>_____<br>City                                      State        ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49   ☑ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor   **KFB & Associates Consulting, Inc.**
_____   Case number *(if known)* _____
Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **07/18/2024**
        MM/ DD/ YYYY

X **/s/ Klaus Broscheit**                        **Klaus Broscheit**
Signature of authorized representative of debtor        Printed name

Title        **President**

**18. Signature of attorney**

X _____ **/s/ Cynthia Ravosa** _____   Date **07/18/2024**
Signature of attorney for debtor                        MM/ DD/ YYYY

**Cynthia Ravosa**
Printed name

**Ravosa Law Offices PC**
Firm name

**One South Avenue**
Number        Street

**Natick**                        **MA**    **01760**
City                        State   ZIP Code

**(508) 655-3013**                        **massachusettsbankruptcycenter@gmail.com**
Contact phone                        Email address

**696996**                        **MA**
Bar number                        State

Fill in this information to identify the case:

Debtor name **KFB & Associates Consulting, Inc.**

United States Bankruptcy Court for the:

**District of Massachusetts**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bank Newport 184 John Clarke Road Middletown, RI 02842 | | Business Loan | | | | $30,500.00 |
| 2 | AmEx PO Box 1270 Newark, NJ 07101-1270 | | Credit Card | | | | $24,466.91 |
| 3 | NYS Dept of Taxation and Finance Corp -V P.O. Box 15163 Albany, NY 12212 | | Corporate Taxes | | | | $14,843.00 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor   **KFB & Associates Consulting, Inc.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Fill in this information to identify the case:

Debtor name        **KFB & Associates Consulting, Inc.**

United States Bankruptcy Court for the:

**District of Massachusetts**

Case number (if known): _____        Chapter    **7**

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals        **12/15**

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
        Copy line 88 from *Schedule A/B*.................................................................................. | **$0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................................. | **$4,501.09**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................. | **$4,501.09**

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................... | **$14,843.00**

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... | **+   $54,966.91**

4. **Total liabilities**.................................................................................................................... | **$69,809.91**
    Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor Name **KFB & Associates Consulting, Inc.**

United States Bankruptcy Court for the: District of **Massachusetts**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Martha's Vineyard Bank** | **Checking account** | **6  9  8** | **$1,905.86** |
| 3.2. **Acorns** | **Brokerage account** | **5  3  5  3** | **$2.23** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____  _____

   4.2 _____  _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $1,908.09 |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____  _____

Debtor  **KFB & Associates Consulting, Inc.**                                    Case number *(if known)* _____
_____
Name

7.2  _____                          _____

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1  _____                        _____

     8.2  _____                        _____

9.   **Total of Part 2**                                                         ┌─────────────┐
                                                                                 │             │
     Add lines 7 through 8. Copy the total to line 81.                           └─────────────┘

| Part 3: | Accounts receivable |
|---|---|

10.  **Does the debtor have any accounts receivable?**

     ☑ No. Go to Part 4.

     ☐ Yes. Fill in the information below.

                                                                                 **Current value of
                                                                                 debtor's interest**

11.  **Accounts receivable**

     11a. 90 days old or less:  _____ - _____ =..... ➜   _____
                                face amount         doubtful or uncollectible accounts

     11b. Over 90 days old:     _____ - _____ =..... ➜   _____
                                face amount         doubtful or uncollectible accounts

12.  **Total of Part 3**                                                         ┌─────────────┐
                                                                                 │             │
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.      └─────────────┘

| Part 4: | Investments |
|---|---|

13.  **Does the debtor own any investments?**

     ☑ No. Go to Part 5.

     ☐ Yes. Fill in the information below.

                                                              **Valuation method used    Current value of
                                                              for current value**         debtor's interest**

14.  **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

     14.1  _____      _____     _____

     14.2  _____      _____     _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
     including any interest in an LLC, partnership, or joint venture**

     Name of entity:                               % of
                                                   ownership:

     15.1. _____   _____  _____     _____

     15.2. _____   _____  _____     _____

Debtor  **KFB & Associates Consulting, Inc.**
    Name

Case number *(if known)* _____

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

---

Debtor    **KFB & Associates Consulting, Inc.**                                    Case number *(if known)* _____
_____
Name

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor    **KFB & Associates Consulting, Inc.**
                  Name
                                                                         Case number *(if known)* _____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Speaker, Office Chair, Plastic Floor Mat, Photo Stick** | **unknown** | **Estimate** | **$500.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

    Add lines 39 through 42. Copy the total to line 86.                                           **$500.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

Debtor    **KFB & Associates Consulting, Inc.**                                    Case number *(if known)* _____

Name

---

48. **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

48.1 _____      _____  _____  _____

48.2 _____      _____  _____  _____

49. **Aircraft and accessories**

49.1 _____      _____  _____  _____

49.2 _____      _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

_____      _____  _____  _____

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

---

Debtor   **KFB & Associates Consulting, Inc.** _____   Case number *(if known)* _____
Name

---

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| KFBConsulting.com owns domain name | unknown | GoDaddy Appraisal | $1,168.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| | $1,168.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    **KFB & Associates Consulting, Inc.**
     Name                                                                    Case number *(if known)*

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➔    _____
                      Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

   **Commercial and enviromental policy**               **$925.00**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   **Hawkeye Counterclaim**                      **unknown**

Nature of claim       **Hawkeye asserted two cross-claims against KFB for contract and common law indemnification in connection with the subcontract between FKB and Hawkeye and the related indemnification clause.**

Amount requested       **unknown**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Nature of claim  _____

Amount requested  _____

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Debtor    **KFB & Associates Consulting, Inc.**                                Case number *(if known)* _____
          Name

78. **Total of Part 11**                                                                                    $925.00

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 12:**   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,908.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................➡ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,168.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $925.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column* ............................91a. | $4,501.09 | + 91b. |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................    $4,501.09

**Fill in this information to identify the case:**

Debtor name   **KFB & Associates Consulting, Inc.**

United States Bankruptcy Court for the: District of   **Massachusetts**
(State)

Case number (if known):

☐ Check if this is an
amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name**

**Describe debtor's property that is subject to a lien**

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

Fill in this information to identify the case:

Debtor name **KFB & Associates Consulting, Inc.**

United States Bankruptcy Court for the:

**District of Massachusetts**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.**  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.**  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14,843.00** | **$14,843.00** |

**2.1** Priority creditor's name and mailing address

**NYS Dept of Taxation and Finance**

**Corp -V**

**P.O. Box 15163**

**Albany, NY 12212**

Date or dates debt was incurred

**1/1/2023-12/312023**

Last 4 digits of account number **1  2  5  8**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Corporate Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    **KFB & Associates Consulting, Inc.**                    Case number *(if known)* _____
                    Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address

**Akeem Roberts**

**230 Schenectady Avenue Unit 3F**

**Brooklyn, NY 11213**

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **10/21-10/23**

Last 4 digits of account number    ___ ___ ___ ___

For Informational
Basis for the claim:  **Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2**  Nonpriority creditor's name and mailing address

**Albert Trottman**

**409 Lake Pointe Dr**

**Middle Island, NY 11953-2023**

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **10/21-10/23**

Last 4 digits of account number    ___ ___ ___ ___

For Informational
Basis for the claim:  **Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3**  Nonpriority creditor's name and mailing address

**AmEx**

**PO Box 1270**

**Newark, NJ 07101-1270**

As of the petition filing date, the claim is:    $24,466.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    **2   0   0   3**

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4**  Nonpriority creditor's name and mailing address

**Antoine Edwards**

**1898 Harrison Ave Apt 2d**

**Bronx, NY 10453-4561**

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **10/21-10/23**

Last 4 digits of account number    ___ ___ ___ ___

For Informational
Basis for the claim:  **Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **KFB & Associates Consulting, Inc.**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Ashley Aristy**

**3560 Olinville Ave Apt 50**

**Bronx, NY 10467-5531**

Date or dates debt was incurred   **10/21-10/23**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**For Informational**
Basis for the claim:  **Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.6** Nonpriority creditor's name and mailing address

**Bank Newport**

**184 John Clarke Road**

**Middletown, RI 02842**

Date or dates debt was incurred   **5/20/2020**

Last 4 digits of account number   **9  0  0  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$30,500.00

---

**3.7** Nonpriority creditor's name and mailing address

**Bobby White**

**365 E 183rd Street Apt 14FM**

**Bronx, NY 10459**

Date or dates debt was incurred   **10/21-10/23**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**For Informational**
Basis for the claim:  **Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.8** Nonpriority creditor's name and mailing address

**Carlik Jones**

**556 Mother Gastron Blvd**

**Brooklyn, NY 11212**

Date or dates debt was incurred   **10/21-10/23**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**For Informational**
Basis for the claim:  **Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Official Form 206E/F                  Schedule E/F: Creditors Who Have Unsecured Claims                  page 3 of 17

| Debtor | **KFB & Associates Consulting, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **unknown** |
|---|---|---|

**Chase Hughes**

**666 Warren Street**

**Brooklyn, NY 11217**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **10/21-10/23**

Basis for the claim: _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Remarks: Listed for informational purposes

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **unknown** |
|---|---|---|

**Cordare Perry**

**3005 Edson Avenue**

**Bronx, NY 10469**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **10/21-10/23**

Basis for the claim: **Purposes**    For Informational

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **unknown** |
|---|---|---|

**Cordell Tucker**

**1439 E 56th Street**

**Brooklyn, NY 11234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **10/21-10/23**

Basis for the claim: **Purposes**    For Informational

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **unknown** |
|---|---|---|

**Cregge Headley**

**897 Park Place**

**Brooklyn, NY 11216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **10/21/10/23**

Basis for the claim: **Purposes**    For Informational

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **KFB & Associates Consulting, Inc.**
Name                                                                                    Case number *(if known)* _____

| Part 2: | Additional Page |

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Dante Kelly**

**11550 199th St**

**Saint Albans, NY 11412-2831**

Date or dates debt was incurred    **10/21-10/23**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                                   **For Informational**
Basis for the claim:  **Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

_____ unknown _____

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Darnell Edwards**

**198-15 118th Avenue**

**Saint Albans, NY 11412**

Date or dates debt was incurred    **10/21-10/23**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Plaintiff in Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

_____ unknown _____

---

**3.15**

**Nonpriority creditor's name and mailing address**

**David Lopez**

**60 Treno St**

**New Rochelle, NY 10801-2733**

Date or dates debt was incurred    **10/21-10/23**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                                   **For Informational**
Basis for the claim:  **Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

_____ unknown _____

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Deshaun Davis**

**889 Hunts Point Ave Apt 22**

**Bronx, NY 10474-5400**

Date or dates debt was incurred    **10/12-10/23**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                                   **For Informational**
Basis for the claim:  **Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

_____ unknown _____

---

| Debtor | **KFB & Associates Consulting, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.17** | Nonpriority creditor's name and mailing address

**Dyasia Diana Dorina Perez**

**24312 Mayda Rd**

**Rosedale, NY 11422-2332**

Date or dates debt was incurred    **10/21-10/23**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:                    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Plaintiff in Litigation**

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.18** | Nonpriority creditor's name and mailing address

**Elecnor Hawkeye, LLC**

**100 Marcus Boulevard**

**Hauppauge, NY 11788**

Date or dates debt was incurred    **10/21-10/23**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:                    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Party in Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address

**Gentle Miller**

**6 Juliette Rd**

**W Hempstead, NY 11552-4102**

Date or dates debt was incurred    **10/21-10/23**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:                    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                         **For Informational**
Basis for the claim:  **Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address

**Ian Brown**

**13133 226th St**

**Laurelton, NY 11413-1733**

Date or dates debt was incurred    **10/21-10/23**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:                    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                         **For Informational**
Basis for the claim:  **Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **KFB & Associates Consulting, Inc.**                                    Case number *(if known)* _____
       Name

---

| Part 2: | Additional Page |
|---|---|

**3.21** Nonpriority creditor's name and mailing address

**Ismael Collazo, Jr.**

**205 Alexander Ave Apt 10c**

**Bronx, NY 10454-3808**

Date or dates debt was incurred   **10/21/10/23**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:                    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                    **For Informational**
Basis for the claim:  **Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

**Jacob Rosa**

**2667 Kingsbridge Ter**

**Bronx, NY 10463-7585**

Date or dates debt was incurred   **10/21-10/23**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:                    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                    **For Informational**
Basis for the claim:  **Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

**Jacquell McNeal**

**22909 87th Ave**

**Queens Vlg, NY 11427-2654**

Date or dates debt was incurred   **10/21-10/23**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:                    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                    **For Informational**
Basis for the claim:  **Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

**Jernayah Allison**

**10915 132nd St**

**S Ozone Park, NY 11420-1708**

Date or dates debt was incurred   **10/21-10/23**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:                    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                    **For Informational**
Basis for the claim:  **Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **KFB & Associates Consulting, Inc.**
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---|---|

---

**3.25** Nonpriority creditor's name and mailing address

**Jerome Bell**

**14001 115th Ave**

**Jamaica, NY 11436-1008**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Informational Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.26** Nonpriority creditor's name and mailing address

**Joseph R. Figueroa**

**213 Nagle Ave Apt 2l**

**New York, NY 10034-6050**

Date or dates debt was incurred   **10/21-10/23**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Informational Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.27** Nonpriority creditor's name and mailing address

**Josh Lopez**

**666 Adee Ave Apt 2a**

**Bronx, NY 10467-6819**

Date or dates debt was incurred   **10/21-10/23**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Informational Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.28** Nonpriority creditor's name and mailing address

**Julian Henry**

**3061 Eastchester Rd Apt 2f**

**Bronx, NY 10469-3235**

Date or dates debt was incurred   **10/21/10/23**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Informational Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor   **KFB & Associates Consulting, Inc.** _____   Case number *(if known)* _____
Name

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**3.29**
Nonpriority creditor's name and mailing address

**Julius Smith**

**3220 Holland Ave Apt 3b**

**Bronx, NY 10467-6542**

Date or dates debt was incurred   **10/21-10/23**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **For Informational Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.30**
Nonpriority creditor's name and mailing address

**Justin Adderly**

**440 Berry St Apt 4h**

**Brooklyn, NY 11249**

Date or dates debt was incurred   **10/21/10/23**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **For Informational Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.31**
Nonpriority creditor's name and mailing address

**Keanu Skelton**

**11119 178th St**

**Jamaica, NY 11433-4115**

Date or dates debt was incurred   **10/21/-10/23**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **For Informational Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.32**
Nonpriority creditor's name and mailing address

**Kevin Mitchell**

**167 Lake Street**

**Brooklyn, NY 11223**

Date or dates debt was incurred   **10/21-10/23**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **For Informational Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

Debtor    **KFB & Associates Consulting, Inc.**
Name
Case number *(if known)* _____

---

**Part 2:** Additional Page

**3.33** Nonpriority creditor's name and mailing address

**Klaus Broscheit**

**P.O. Box 1447**

**West Tisbury, MA 02575**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to Business**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

**Latisha Kermon**

**139 Hull St Apt 2b**

**Brooklyn, NY 11233-2739**

Date or dates debt was incurred    **10/21-10/23**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Informational Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

**Latishia Williams**

**156-03 71st Ave Apt 2c**

**Flushing, NY 11367-2200**

Date or dates debt was incurred    **10/21-10/23**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Informational Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

**Levy Goldenberg LLP**

**c/o Andrew R. Goldenberg**

**75 Broad Street Suite 2120**

**New York, NY 10004**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Listed for Informational Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **KFB & Associates Consulting, Inc.**                                      Case number *(if known)* _____
      Name

| Part 2: | Additional Page |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

**Marcelis Pena**

**230 Yonkers Avenue Apt 7A**

**Yonkers, NY 10701**

Date or dates debt was incurred    **10/21-10/23**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:                    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
                    **For Informational**
Basis for the claim:  **Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

**3.38** Nonpriority creditor's name and mailing address

**Nick Tine**

**13609 14th Ave**

**College Point, NY 11356**

Date or dates debt was incurred    **10/21-10/23**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:                    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
                    **For Informational**
Basis for the claim:  **Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

**3.39** Nonpriority creditor's name and mailing address

**Nicole Jaquez**

**112 Evergreen Avenue**

**Lynbrook, NY 11563**

Date or dates debt was incurred    **10/21-10/23**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:                    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
                    **For Informational**
Basis for the claim:  **Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

**3.40** Nonpriority creditor's name and mailing address

**Omar Melendez**

**2211 De Reimer Ave Apt 1**

**Bronx, NY 10475-5538**

Date or dates debt was incurred    **10/21-10/23**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:                    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
                    **For Informational**
Basis for the claim:  **Purposes**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **KFB & Associates Consulting, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.41** | Nonpriority creditor's name and mailing address

**Oscar Flow**

**16335 130th Ave Apt 13f**

**Jamaica, NY 11434-3012**

Date or dates debt was incurred      **10/21/10/23**

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**      unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                                        **For Informational**
Basis for the claim:  **Purposes**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address

**Pedro Quiroz**

**46 Fort Washington Avenue Apt 1**

**New York, NY 10032**

Date or dates debt was incurred      **10/21-10/23**

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**      unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                                        **For Informational**
Basis for the claim:  **Purposes**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address

**Pelton Graham LLC**

**111 Broadway Rm 1503**

**New York, NY 10006-1925**

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**      unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                                        **For Informational**
Basis for the claim:  **Purposes**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address

**Rayshawn Bowden**

**30 W 141st St Apt 11d**

**New York, NY 10037-1311**

Date or dates debt was incurred      **10/21-10/23**

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**      unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                                        **For Informational**
Basis for the claim:  **Purposes**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **KFB & Associates Consulting, Inc.**
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
| --- | --- |

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Rayshawn Shaw**

**1180 President Street Apt 9**

**Brooklyn, NY 11225**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **10/21-10/23**

**Basis for the claim:** **Plaintiff in Litigation**

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Ricardo Nicholas**

**2334 W 11th St Apt 3**

**Brooklyn, NY 11223-5726**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **10/21-10/23**

**Basis for the claim:** **Listed for Informational Purposes**

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: Listed for Informational Purposes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Ronnise Winslow**

**19072 111th Ave**

**Saint Albans, NY 11412-2012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **10/21-10/23**

**Basis for the claim:** **For Informational Purposes**

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Shanna Vanenburg**

**229 Birchwood Rd**

**Medford, NY 11763-1242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **10/21-10/23**

**Basis for the claim:** **For Informational Purposes**

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **KFB & Associates Consulting, Inc.**                          Case number *(if known)* _____
          Name

| Part 2: | Additional Page |
|---|---|

**3.49** Nonpriority creditor's name and mailing address

**Stephanie Ramos**

**320 Beach 100 Street Apt 2-L**

**Brooklyn, NY 11226**

Date or dates debt was incurred    **10/21-10/23**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:                    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                                        **For Informational**
Basis for the claim:  **Purposes**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

**The Law Office of Christopher Q. Davis**

**80 Broad Street Suite702**

**New York, NY 10004**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:                    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                                        **Listed for Notification**
Basis for the claim:  **Purposes**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address

**Tierik Griffin**

**225 Liberty Park Dr**

**Freeport, NY 11520-4022**

Date or dates debt was incurred    **10/21/10/23**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:                    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                                        **For Informational**
Basis for the claim:  **Purposes**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.52** Nonpriority creditor's name and mailing address

**Vicki Broscheit**

**P.O. Box 1447**

**West Tisbury, MA 02575**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Remarks:** Loan to business

As of the petition filing date, the claim is:                    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to Business**

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **KFB & Associates Consulting, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

| **3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Yolanda Booker**

**597 Remsen Avenue 1st Floor**

**Brooklyn, NY 11236**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**    **10/21-10/23**

**Basis for the claim:** **Plaintiff in Litigation**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

---

| **3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Yolanda Wilson**

**55 W 184 Street Apt 3A**

**Bronx, NY 10468**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**    **10/21-10/23**

**Basis for the claim:** **For Informational Purposes**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

---

Debtor   **KFB & Associates Consulting, Inc.**
_____   Case number *(if known)* _____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Pelton Graham LLC** <br> **111 Broadway Rm 1503** <br> **New York, NY 10006-1925** | Line **3.37** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **Pelton Graham, LLC** <br> **111 Broadway Rm 1503** <br> **New York, NY 10006-1925** | Line **3.35** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 **Sekendiz Law Group P.C.** <br> **45 Broadway Suite 1420** <br> **New York, NY 10006** | Line **3.17** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4 **The Law Office of Christopher Q. Davis** <br> **80 Broad Street Suite702** <br> **New York, NY 10004** | Line **3.45** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5 **The Law Office of Christopher Q. Davis** <br> **80 Broad Street Suite702** <br> **New York, NY 10004** | Line **3.14** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6 **The Offices of Christopher Q. Davis** <br> **80 Broad Street Suite 703** <br> **New York, NY 10004** | Line **3.54** <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    **KFB & Associates Consulting, Inc.**

Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $14,843.00 |
| 5b. | **Total claims from Part 2** | 5b. | **+** | $54,966.91 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $69,809.91 |

Fill in this information to identify the case:

Debtor name          **KFB & Associates Consulting, Inc.**

United States Bankruptcy Court for the:

**District of Massachusetts**

Case number (if known): _____  Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  Does the debtor have any executory contracts or unexpired leases?

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest _____ State the term remaining _____ List the contract number of any government contract _____ | _____ _____ _____ _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest _____ State the term remaining _____ List the contract number of any government contract _____ | _____ _____ _____ _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest _____ State the term remaining _____ List the contract number of any government contract _____ | _____ _____ _____ _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest _____ State the term remaining _____ List the contract number of any government contract _____ | _____ _____ _____ _____ |

```
Fill in this information to identify the case:

Debtor name      KFB & Associates Consulting, Inc.

United States Bankruptcy Court for the: District of   Massachusetts
                                                           (State)
Case number (If known):
```

☐ Check if this is an
   amended filing

<u>Official Form 206H</u>
## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | | |
|---|---|---|
| **1.** | **Does the debtor have any codebtors?** | |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. | |
| | ☑ Yes | |

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | **Broscheit, Klaus** | **P.O. Box 1447** <br> Street <br><br> **West Tisbury, MA 02575** <br> City      State      ZIP Code | **Bank Newport** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 | **Broscheit, Vicki** | **P.O. Box 1447** <br> Street <br><br> **West Tisbury, MA 02575** <br> City      State      ZIP Code | **Bank Newport** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.3 | | Street <br><br> City      State      ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | | Street <br><br> City      State      ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor  **KFB & Associates Consulting, Inc.**
_____
Name

Case number (if known) _____

---

| | Additional Page if Debtor Has More Codebtors |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ | _____ | ❏ D |
| | | _____ | | ❏ E/F |
| | | | | ❏ G |
| | | City    State    ZIP Code | | |
| 2.6 | _____ | Street _____ | _____ | ❏ D |
| | | _____ | | ❏ E/F |
| | | | | ❏ G |
| | | City    State    ZIP Code | | |

Fill in this information to identify the case:

Debtor name **KFB & Associates Consulting, Inc.**

United States Bankruptcy Court for the:

**District of Massachusetts**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024**  to  Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** | From **01/01/2023**  to  **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,561,893.00** |
| **For the year before that:** | From **01/01/2022**  to  **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,766,522.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024**  to  Filing date<br>MM/ DD/ YYYY | **Sales relative to Acorn Account** | **$1,790.51** |
| **For prior year:** | From **01/01/2023**  to  **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:** | From **01/01/2022**  to  **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.**   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City        State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.**   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Klaus Broscheit**<br>Creditor's name<br>**P.O. Box 1447**<br>Street<br><br>_____<br>**West Tisbury, MA 02575**<br>City        State    ZIP Code<br><br>**Relationship to debtor**<br>**Principal** | **6/17/2023-2<br>/19/2024** | **$378,000.00** | **Draw** |

**5.**   **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| | | | |

Debtor   **KFB & Associates Consulting, Inc.**   Case number *(if known)* _____

Name

5.1. _____     _____     _____

Creditor's name

_____

Street

_____

_____

City                    State     ZIP Code

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City    State   ZIP Code | _____ <br><br> XXXX– __ __ __ __ | _____ | _____ |

**Part 3:   Legal Actions or Assignments**

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Latisha Williams and Marcelis Peni v KFB and Associates Consulting, Inc** <br><br> **Case number** <br><br> **655155/2023** | **Class action lawsuit regarding payment of Debtor's employees** | **Supreme Court of the State of New York for New York County** <br> Name <br> **60 Centre St** <br> Street <br><br> **New York, NY 10007-1402** <br> City     State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.2. **Dyasia Diana Dorina Perez v KFB Consulting, Inc.** <br><br> **Case number** <br><br> _____ | **Sexual Harassment Claim - Settled in mediation. Case was never put in suit.** | **N/A** <br> Name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City     State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |

Official Form 207              **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**              page 3

Debtor  **KFB & Associates Consulting, Inc.**
Name

Case number *(if known)*

**7.3.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Yolanda Booker, Darnell Edwards, Chaasahn Hughes, and Rayshawn Shaw v. KFB & Associates Consulting INC et al** | **Class action lawsuit regarding payment of Debtor's employees** | **U.S. District Court - Southern District of New York**<br>Name<br>**500 Pearl Street**<br>Street<br><br>**New York, NY 10007**<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Case number

**1:23-cv-10921**

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | |
| Street | **Case title** | **Court name and address** |
| | | Name |
| City    State    ZIP Code | **Case number** | Street |
| | | City    State    ZIP Code |
| | **Date of order or assignment** | |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City    State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

## Part 5:  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

---

Debtor  **KFB & Associates Consulting, Inc.** _____    Case number _(if known)_ _____

Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (_Schedule A/B: Assets – Real and Personal Property_). | | |

10.1.  **(Hard Hats, Safety Vests and Pants, Safety Glasses, Gloves, Flashlights, Light Wands, Stop/Slow Paddle & Walkie Talkies) All of this equipment was given to the Flaggers, they never returned it.**

| | | | |
|---|---|---|---|
| **None** | | **10/2023** | **$3,148.80** |

---

**Part 6:**  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Ravosa Law Offices PC** | **Attorney's Fee** | **05/28/2024** | **$7,500.00** |
| Address | | | |
| **One South Avenue** | | | |
| Street | | | |
| | | | |
| **Natick, MA 01760** | | | |
| City          State    ZIP Code | | | |
| Email or website address | | | |
| **www.ravosalaw.com** | | | |
| Who made the payment, if not debtor? | | | |
| **Klaus and Vicki Broscheit** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |
| Trustee | | | |
| | | | |

Debtor   **KFB & Associates Consulting, Inc.**                        Case number *(if known)* _____
    Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Klaus Broscheit** | **Portfolio Sales proceeds deposited into KFB bank's Account** | **06/30/2024** | **$1,788.29** |
| | **Address** | | | |
| | **409 Lamberts Cove Road** <br> Street | | | |
| | **West Tisbury, MA 02575** <br> City      State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ <br> Street | From _____ To _____ |
| | _____ <br> City    State   ZIP Code | |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City          State    ZIP Code | | Check all that apply: ☐ Electronically ☐ Paper |

---

**Part 9:** Personally Identifiable Information

**16.** **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 | XXXX– __ __ __ __ | ☐ Checking | | |
| Name | | ☐ Savings | | |
| | | ☐ Money market | | |
| Street | | ☐ Brokerage | | |
| | | ☐ Other | | |
| City          State    ZIP Code | | | | |

Debtor    **KFB & Associates Consulting, Inc.**      Case number *(if known)* _____
     Name

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City     State    ZIP Code | | | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City     State    ZIP Code | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| | | | |
| City     State    ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- ■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- ■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| | Street _____ | _____ | ☐ Concluded |
| _____ | _____ | _____ | |
| | City    State   ZIP Code | _____ | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City   State   ZIP Code | City    State   ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City   State   ZIP Code | City    State   ZIP Code | _____ | |

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    **KFB & Associates Consulting, Inc.**                    Case number *(if known)* _____

Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.    _____    _____    EIN: __ __ – __ __ __ __ __ __ __

Name

| | | **Dates business existed** |

Street

| | | From _____    To _____ |

_____

City          State      ZIP Code

## 26. Books, records, and financial statements

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26a.1.    _____    From _____    To _____

Name

_____

Street

_____

City                State          ZIP Code

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1.    _____    From _____    To _____

Name

_____

Street

_____

City                State          ZIP Code

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26c.1.

**Klaus Broscheit**                    _____

Name

**P.O. Box 1447**                      _____

Street

_____

**West Tisbury, MA 02575**

City                State          ZIP Code

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor    KFB & Associates Consulting, Inc.                                    Case number *(if known)*
_____
Name

| Name and address |
| --- |

**26d.1.**

_____
Name

_____
Street

_____

_____
City                                State                ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

| Name and address of the person who has possession of inventory records |
| --- |

**27.1.**
_____
Name

_____
Street

_____

_____
City                                State                ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Klaus Broscheit** | **P.O. Box 1447 West Tisbury, MA 02575** | **President, Owner** | **100.00%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| | | , | From _____ |
| | | | To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. **Klaus Broscheit**
Name

**P.O. Box 1447**
Street

**West Tisbury, MA 02575**
City                                State            ZIP Code

Relationship to debtor

**President**

Amount: **$378,000.00**
Dates: **06/18/2024-02/19/2024**
Reason: **Draw**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN:  __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN:  __ __ – __ __ __ __ __ __ __ |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **07/18/2024**
                MM/ DD/ YYYY

**X** **/s/ Klaus Broscheit**                        Printed name        **Klaus Broscheit**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor        **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

## United States Bankruptcy Court
### District of Massachusetts

In re   **KFB & Associates Consulting, Inc.** _____     Case No. _____

Debtor(s)                Chapter                **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ **KFB & Associates Consulting, Inc.** _____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]

_____**07/18/2024**_____        _____**/s/ Cynthia Ravosa**_____
Date                          **Cynthia Ravosa**
                              Signature of Attorney or Litigant
                              Counsel for  **KFB & Associates Consulting, Inc.**
                              **Bar Number: 696996**
                              **Ravosa Law Offices PC**
                              **One South Avenue**
                              **Natick, MA 01760**
                              **Phone: (508) 816-6657**
                              **Email: massachusettsbankruptcycenter@gmail.com**

1

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

IN RE: **KFB & Associates Consulting, Inc.**                              CASE NO

                                                                          CHAPTER **7**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____**07/18/2024**_____          Signature _____**/s/ Klaus Broscheit**_____

                                                                          Klaus Broscheit, President

Akeem Roberts
230 Schenectady Avenue Unit 3F
Brooklyn, NY 11213

Albert Trottman
409 Lake Pointe Dr
Middle Island, NY 11953-2023

AmEx
PO Box 1270
Newark, NJ 07101-1270

Antoine Edwards
1898 Harrison Ave Apt 2d
Bronx, NY 10453-4561

Ashley Aristy
3560 Olinville Ave Apt 50
Bronx, NY 10467-5531

Bank Newport
184 John Clarke Road
Middletown, RI 02842

Bobby White
365 E 183rd Street Apt 14FM
Bronx, NY 10459

Klaus Broscheit
P.O. Box 1447
West Tisbury, MA 02575

Vicki Broscheit
P.O. Box 1447
West Tisbury, MA 02575

Carlik Jones
556 Mother Gastron Blvd
Brooklyn, NY 11212

Chase Hughes
666 Warren Street
Brooklyn, NY 11217

Cordare Perry
3005 Edson Avenue
Bronx, NY 10469

Cordell Tucker
1439 E 56th Street
Brooklyn, NY 11234

Cregge Headley
897 Park Place
Brooklyn, NY 11216

Dante Kelly
11550 199th St
Saint Albans, NY 11412-2831

Darnell Edwards
198-15 118th Avenue
Saint Albans, NY 11412

David Lopez
60 Treno St
New Rochelle, NY 10801-2733


Deshaun Davis
889 Hunts Point Ave Apt 22
Bronx, NY 10474-5400


Dyasia Diana Dorina Perez
24312 Mayda Rd
Rosedale, NY 11422-2332


Elecnor Hawkeye, LLC
100 Marcus Boulevard
Hauppauge, NY 11788


Gentle Miller
6 Juliette Rd
W Hempstead, NY 11552-4102


Ian Brown
13133 226th St
Laurelton, NY 11413-1733


Ismael Collazo, Jr.
205 Alexander Ave Apt 10c
Bronx, NY 10454-3808


Jacob Rosa
2667 Kingsbridge Ter
Bronx, NY 10463-7585

Jacquell McNeal
22909 87th Ave
Queens Vlg, NY 11427-2654


Jernayah Allison
10915 132nd St
S Ozone Park, NY 11420-1708


Jerome Bell
14001 115th Ave
Jamaica, NY 11436-1008


Joseph R. Figueroa
213 Nagle Ave Apt 2l
New York, NY 10034-6050


Josh Lopez
666 Adee Ave Apt 2a
Bronx, NY 10467-6819


Julian Henry
3061 Eastchester Rd Apt 2f
Bronx, NY 10469-3235


Julius Smith
3220 Holland Ave Apt 3b
Bronx, NY 10467-6542


Justin Adderly
440 Berry St Apt 4h
Brooklyn, NY 11249

Keanu Skelton
11119 178th St
Jamaica, NY 11433-4115


Kevin Mitchell
167 Lake Street
Brooklyn, NY 11223


Klaus Broscheit
P.O. Box 1447
West Tisbury, MA 02575


Latisha Kermon
139 Hull St Apt 2b
Brooklyn, NY 11233-2739


Latishia Williams
156-03 71st Ave Apt 2c
Flushing, NY 11367-2200


Levy Goldenberg LLP
c/o Andrew R. Goldenberg
75 Broad Street Suite 2120
New York, NY 10004


Marcelis Pena
230 Yonkers Avenue Apt 7A
Yonkers, NY 10701


Nick Tine
13609 14th Ave
College Point, NY 11356

Nicole Jaquez
112 Evergreen Avenue
Lynbrook, NY 11563


NYS Dept of Taxation and
Finance
Corp -V
P.O. Box 15163
Albany, NY 12212

Omar Melendez
2211 De Reimer Ave Apt 1
Bronx, NY 10475-5538


Oscar Flow
16335 130th Ave Apt 13f
Jamaica, NY 11434-3012


Pedro Quiroz
46 Fort Washington Avenue Apt 1
New York, NY 10032


Pelton Graham LLC
111 Broadway Rm 1503
New York, NY 10006-1925


Pelton Graham, LLC
111 Broadway Rm 1503
New York, NY 10006-1925


Rayshawn Bowden
30 W 141st St Apt 11d
New York, NY 10037-1311

Rayshawn Shaw
1180 President Street Apt 9
Brooklyn, NY 11225


Ricardo Nicholas
2334 W 11th St Apt 3
Brooklyn, NY 11223-5726


Ronnise Winslow
19072 111th Ave
Saint Albans, NY 11412-2012


Sekendiz Law Group P.C.
45 Broadway Suite 1420
New York, NY 10006


Shanna Vanenburg
229 Birchwood Rd
Medford, NY 11763-1242


Stephanie Ramos
320 Beach 100 Street Apt 2-L
Brooklyn, NY 11226


The Law Office of Christopher
Q. Davis
80 Broad Street Suite702
New York, NY 10004


The Offices of Christopher Q.
Davis
80 Broad Street Suite 703
New York, NY 10004

Tierik Griffin
225 Liberty Park Dr
Freeport, NY 11520-4022

Vicki Broscheit
P.O. Box 1447
West Tisbury, MA 02575

Yolanda Booker
597 Remsen Avenue 1st Floor
Brooklyn, NY 11236

Yolanda Wilson
55 W 184 Street Apt 3A
Bronx, NY 10468